**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto ESCAMILLA–ALVARDO, Defendant–Appellant.**

No. 08–30319.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted June 16, 2009.*

Filed July 6, 2009.

Pamela Jackson Byerly, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Tracy Staab, Esquire, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Roberto Escamilla–Alvardo appeals from the 71–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Escamilla–Alvardo contends that the district court procedurally erred at sentencing by attaching to much weight to the U.S. Sentencing Guidelines range and failing to consider his arguments for a lower sentence. Escamilla–Alvardo also contends that the sentence is substantively unreasonable in light of the factors under 18 U.S.C. § 3553(a). We conclude that the district court did not procedurally err, and that the sentence is substantively reason-

able. *See United States v. Carty,* 520 F.3d 984, 991–93 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

